**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ELLIS LEE HUNTER** **PLAINTIFF**

**v.** **No. 4:26-cv-564-DPM**

**FRANK BISIGNANO,**
**Commissioner of the**
**Social Security Administration** **DEFENDANT**

## JUDGMENT

Hunter's complaint is dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 October 2026